1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL D. BREMSER, | ) | 1:12-mc-00003 AWI GSA |
| | ) | |
| Plaintiff, | ) | **ORDER FOR APPEARANCE AND** |
| | ) | **EXAMINATION BY JUDGMENT** |
| v. | ) | **CREDITOR** |
| | ) | |
| RYAN MICHAEL SWEENEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Having considered the Application and Order for Appearance and Examination filed on February 27, 2012, the Court GRANTS the application.

   TO: **RYAN MICHAEL SWEENEY** you are **ORDERED TO PERSONALLY APPEAR** to furnish information and aid in the enforcement of judgment against you.

   **Date of Appearance**:    May 9, 2012 at 2:00 p.m.

   **Place of Appearance**:   The United States District Court
                              Eastern District of California, Fresno Division
                              2500 Tulare Street, Courtroom 10, Sixth Floor
                              Fresno, California 93721

   IT IS FURTHER ORDERED that assignee Mandy Power shall serve this order on Ryan Michael Sweeney not less than ten (10) days before the date set for the examination.  Service

1

shall be made in the manner specified in California Code of Civil Procedure section 415.10. Proof of service shall be filed with this Court no later than five (5) days prior to the date of the examination.

**NOTICE TO RYAN MICHAEL SWEENEY, JUDGMENT DEBTOR:**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

**Dated:   March 5, 2012**                    /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE