**FILED**
AUG - 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Mandy Power
2  PO Box 615
   Newcastle, CA 95658
3  Phone: 916-596-0303
   Fax: 916-266-9251
4  Assignee of Record, In Pro Per

LODGED
AUG - 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Michael D. Bremser, | Case No.: 1:12-mc-00003-GSA |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR CONTINUANCE OF DEBTOR EXAMINATION |
| vs. | |
| Ryan Michael Sweeney, | |
| Defendant | |

The parties to the judgment, having stipulated for a continuation of the debtor examination currently scheduled for Friday August 3, 2012 at 2 pm,

IT IS HEREBY ORDERED that the debtor examination be continued to November 9, 2012 at 2:00 pm.

Dated: 8/2/12

_____
Hon. Gary S. Austin
District Court Judge

ORDER FOR CONTINUANCE OF DEBTOR EXAMINATION                                   Page 1